# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**ANNA KATHERINE PICKETT**                                                   **PLAINTIFF**

**VS.**                                                           **CAUSE NO.: 2:18-CV-214-KS-JCG**

**MISSISSIPPI BOARD OF ANIMAL HEALTH**                           **DEFENDANT**

## PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL SETTING

COMES NOW Plaintiff Anna Katherine Pickett, by and through counsel, and files her Unopposed Motion for Continuance of Trial Setting, showing the Court as follows:

1. Plaintiff has been advised that the trial of this matter will be set during the two (2) week term beginning March 2, 2020.

2. Plaintiff's counsel has an oral argument setting during the week of March 2, 2020, in the United States Court of Appeals for the Fifth Circuit in the case styled *Michael McIntyre v Nissan North America*, *Et Al,* No. 19-60246. It is a practice of the Fifth Circuit that it will not continue oral arguments for lower court settings.

3. Plaintiff's counsel has also been advised that the case styled *Kimble v City of Vicksburg,* Cause No. 3:18-CV-148-DPJ-FKB is set for trial during the same two (2) week term as this case. *Kimble* is the older case, and can only be set the second week of the two week term.

4. Accordingly, Plaintiff moves the court to continue this case and set it for a term after the two (2) week term beginning March 2, 2020.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Anna Katherine Pickett respectfully requests that this Court enter an Order continuing the trial of this matter for a term after the two (2) week term beginning March 2, 2020.

RESPECTFULLY SUBMITTED, this the 30th day of January, 2020.

    Respectfully submitted,

    WAIDE & ASSOCIATES, P.A.

    BY: */s/Jim Waide*
        JIM WAIDE
        MS BAR NO.: 6857

WAIDE & ASSOCIATES, P.A.
ATTORNEYS AT LAW
POST OFFICE BOX 1357
TUPELO, MS 38802
TELEPHONE: 662/842-7324
FACSIMLE: 662/842-8056
EMAIL: WAIDE@WAIDELAW.COM

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing with the Clerk of the Court, utilizing the federal court electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

**Benny McCalip May, Esq.**
**bemay@ago.state.ms.us**
**jspil@ago.state.ms.us**
**NTR20@ago.state.ms.us**

DATED, this the 30th day of January, 2020.

>                             */s/ Jim Waide*
>                             Jim Waide