**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

ANNA KATHERINE PICKETT

VS.                                                                    CIVIL CASE NO. 2:18-cv-214-KS-JCG

MISSISSIPPI BOARD OF ANIMAL HEALTH

## ORDER

It is ORDERED that the jury in the above styled and numbered cause be sequestered from the time they report to the jury room each day until released by the Court at the end of each day. The partial sequestration will continue until a verdict is reached and the jury is formally discharged by the Court or until further order of the Court.

Pursuant to this Order, while the jury is kept together and not allowed to separate, the reasonable cost of meals and refreshments incurred by the jury during Court recesses will be paid by the Clerk of Court in compliance with juror fee regulations issued by the Judicial Conference of the United States.

SO ORDERED this the __14th___ day of April, 2021.

                                                  ___s/Keith Starrett_____
                                                UNITED STATES DISTRICT JUDGE